**No. 47969.**—Protests 978583–G, etc., of G. A. Westphal & Co. (New York).

Opinion by EKWALL, J.  It was stipulated that certain of the figures in question are not toys, and that they are similar in all material respects (except component material of chief value and that they are not manger sets) to the small figures the subject of decision in *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct.188, C. D. 690).  In accordance therewith, the figures in question were held not subject to countervailing duty.  Protests sustained as to certain items.